UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOVANNY DOMINGUEZ, *on behalf of himself and all others similarly situated*,

                Plaintiff,

– against –

VERSANI V, LTD.,

                Defendant.

**ORDER**

18 Civ. 10305 (ER)

Ramos, D.J.:

    Plaintiff Dominguez filed his complaint on November 6, 2018.  Doc. 1.  Defendant answered the complaint on January 10, 2019.  Doc. 9.  There has been no further activity in this case.  The parties are therefore instructed to file a joint status report by no later than December 14, 2020.

    It is SO ORDERED.

Dated:   November 30, 2020
            New York, New York

                                          Edgardo Ramos, U.S.D.J.